# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

ELIZABETH SPARKMAN,

    Plaintiff,

v.                        Case No. 3:22-cv-623-MMH-LLL

SOUTHERN CORRECTIONAL
MEDICINE, LLC,

    Defendant.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Joint Stipulation for Dismissal With Prejudice (Dkt. No. 19; Stipulation) filed on February 21, 2023. In the Stipulation, the parties request dismissal of this matter with prejudice. See Stipulation at 1. Accordingly, it is hereby

**ORDERED:**

1. This case is **DISMISSED with prejudice**.

2. Each party shall bear their own attorney's fees and costs except as stated in the Settlement Agreement.

3.     The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 22nd day of February, 2023.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record